IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JENNIFER LE FEUVRE, | |
| Plaintiff, | Case No.: 1:24-cv-10818 |
| v. | Judge Jeffrey I. Cummings |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Beth W. Jantz |
| Defendants. | |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 48 | MAZHALAI-US |
| 46 | GOMing |
| 49 | deals of today prime Syugze |
| 26 | Ladily |
| 45 | YTWJHTC |
| 32 | Fabal |
| 38 | 🖤Religeuses🖤 |
| 8 | 69lgmtop |
| 36 | Dolloress Shop |
| 22 | vivanadaoutfitt |
| 42 | Miriam Design Studio |
| 2 | TIANmengyue |
| 5 | Wocachi (7 ~ 14 days delivery) |
| 31 | Yun Chen Clothing 7-15 delivery |
| 35 | BiaoShiBaiHuo |
| 1 | jinjiums ( Order arrive 10-14 days) |
| 9 | Mikey Store(5-14D Delivery) |
| 11 | Gallant_E |
| 23 | LOVESHOOT |

DATED: November 26, 2024    Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 26, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                              */s/ Keith A. Vogt*
                                              Keith A. Vogt